UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:26-CR- |
| | : | |
| v. | : | |
| | : | (Judge            ) |
| SKYLER GARMAN, | : | |
| Defendant. | : | (Filed Electronically) |

## JOINT STIPULATION
## FOR REPAYMENT OF FORFEITURE MONEY JUDGMENT

The United States of America, by and through its counsel, Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, Ravi Romel Sharma and Ryann D. Loftus, Assistant United States Attorneys, and Skyler Garman, by and through counsel Richard D. Collins, jointly execute this Stipulation for Repayment Agreement regarding the Defendant's Forfeiture Money Judgment in the amount of $180,000.00 as follows:

1.    WHEREAS the Parties acknowledge that the Government is filing an Information with Forfeiture Allegation against Defendant Skyler Garman charging him with one (1) count of Conspiracy in violation of 18 U.S.C. § 371 and one (1) count of Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956(h).

2. WHEREAS the Parties acknowledge that the forfeiture allegation in the Information seeks a forfeiture money judgment in the amount of $180,000 representing proceeds traceable to the violations charged.

3. WHEREAS the Parties acknowledge that Defendant intends to enter a guilty plea to one (1) count of Conspiracy in violation of 18 U.S.C. § 371 and one (1) count of Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956(h) and consent to the forfeiture money judgment in the amount of $180,000.00.

4. WHEREAS the Parties agree that the Government will seek an unopposed forfeiture money judgment in the amount of $180,000.00.

5. WHEREAS the Parties acknowledge that based upon certain financial information that Defendant has provided to the United States and the Defendant's express representation to the United States that he is presently unable to pay the amount of indebtedness in full, the United States had agreed to enter into a repayment agreement.

6. WHEREAS the Parties agree that the terms and conditions of the repayment agreement are as follows:

    a. no interest on said judgment shall accrue;

b. the Defendant shall make monthly payments to the United States Asset Forfeiture Fund, c/o the United States Attorney's Office, Middle District of Pennsylvania, William J. Nealon Federal Building, 235 N. Washington Ave. Suite 311, Scranton, PA 18503, Attention: Kristine E. Lewis (Asset Forfeiture Unit) until said judgment is satisfied, with said payments to become due on the 1st day of every month. Payments will not be less than $750.00 monthly unless agreed to in writing by all parties and there is no penalty for prepayment.

c. in addition to the regular monthly payment, the United States shall submit the debt to the Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment normally received may be offset and applied to this debt;

d. the Defendant shall mail each monthly installment payment as directed at the above address;

e.  each said payment made by Defendant shall be applied in accordance with the U.S. Rule, i.e., first to the payment of costs; second to the payment of interest accrued to the date of receipt of said payment, and the balance, if any, to the principal;

f.  should the Defendant's financial situation change so that he cannot comply with the payment scheduled to be determined by the Financial Litigation Unit and Asset Forfeiture Division of the United States Attorney's Office, he shall immediately notify Ryann D. Loftus, Assistant United States Attorney, or Kristine E. Lewis, Asset Forfeiture Paralegal (FSA Contractor), for the Asset Forfeiture Division of the United States Attorney's Office in writing;

g.  the Defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence, or telephone

number. Defendant shall provide such information to the United States Attorney at the address set forth;

h. the Defendant shall provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to, his Federal Income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney.

7. WHEREAS the Parties agree that so long as the Defendant complies with the requirements set forth in Paragraph 6, above, the United States shall take no action in execution of said judgment. If the United States determines that the Defendant has failed to comply with the requirements of Paragraph 6, above, the United States may, at its option, seek to have the Defendant found in breach, as that term is defined in the Plea Agreement. If the Court determines that the defendant is in breach, the United States may avail itself of the relief for breach described in the Plea Agreement. Furthermore, in the event of a breach of the Plea Agreement, the full remaining unpaid balance shall become immediately due and payable.

8.     WHEREAS the Parties agree that a ten (10) day period will be allowed for late payments. In the event that the Defendant fails to make any of the payments specified in this Agreement by the end of this ten (10) day period, or in the matter required by this Agreement, the United States may, at its option, declare this Agreement to be in default, and the full remaining unpaid balance shall become immediately due and payable. Default under the terms of this Agreement will entitle the United States to execute on the Judgment without notice to the Defendant.

9.     WHEREAS the Parties agree that in event of breach or default, interest on the full remaining unpaid balance shall accrue at the rate of 15 percent per annum compounded daily from the date of default on the full remaining unpaid balance.

10.     WHEREAS the Parties acknowledge that this Agreement shall be binding on the heirs, administrators, executors, successors and transferees of the Defendant.

11.     WHEREAS the Parties acknowledge that all checks in settlement of the above-captioned case shall be made payable to the United States Asset Forfeiture Fund and delivered to the Office of the

United States Attorney, 235 N. Washington Ave. Suite 311, Scranton, PA 18503, Attention: Kristine E. Lewis, Asset Forfeiture Unit.

WHEREFORE, the Parties respectfully request that Court enter an Order approving the foregoing Stipulation for Repayment Agreement upon entering the Forfeiture Money Judgment in the amount of $180,000.00 against Defendant.


BRIAN D. MILLER
United States Attorney


RAVI ROMEL SHARMA
Assistant United States Attorney


RYANN D. LOFTUS
Assistant United States Attorney


RICHARD D. COLLINS
COUNSEL FOR DEFENDANT


Skyler Garman (Jan 30, 2026 11:45:53 EST)
SKYLER GARMAN
DEFENDANT