IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    CRIMINAL NO. 1:26-CR-00012

        v.                :    (Judge Neary)

SKYLER GARMAN,           :

         Defendant    :

## PLEA

AND NOW, this _17_ day of March, 2026, the within named defendant, Skyler Garman hereby enters a plea of _____guilty_____ to the within Information.

_____
SKYLER GARMAN, Defendant

_____
Witnessed by Counsel for Defendant